FILE COPY



**COURT OF CRIMINAL APPEALS**
P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
    JUDGES

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

May 11, 2022

2nd Court Of Appeals Clerk
Debra Spisak
401 W. Belknap, Ste 9000
Fort Worth, TX 76196
* Delivered Via E-Mail *

**Re:** Mason, Crystal
**CCA No.** PD-0881-20
**Trial Court Case No.** 1485710D

**COA No.** 02-18-00138-CR

The court has issued an opinion on the above referenced cause number.

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk

cc:    Thomas Buser-Clancy (Delivered Via E-Mail)
       Presiding Judge 432nd District Court (Delivered Via E-Mail)
       State Prosecuting Attorney (Delivered Via E-Mail)
       Alison Grinter (Delivered Via E-Mail)
       Andre Segura (Delivered Via E-Mail)
       District Attorney Tarrant County (Delivered Via E-Mail)
       John Meskunas (Delivered Via E-Mail)
       Helena F. Faulkner (Delivered Via E-Mail)
       District Clerk Tarrant County (Delivered Via E-Mail)